# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 26 PM 1: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **MICHAEL NEWBORN,** | Cv. No: 04-2642 Ml/P |
| | Cr. No: 01-20024-Ml |
| Defendant. | |

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Correcting the Docket, Order Denying Motion Pursuant to 28 U.S.C. § 2255, Order Denying Certificate of Appealability, and Order Certifying Appeal Not Taken in Good Faith, entered July 26, 2005, this case is DISMISSED.


APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

July 26, 2005
_____
DATE

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-27-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02642 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Michael Newborn
FCI-FORREST CITY
P.O. Box 7000
Forrest City, AR 72335

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT